JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quincy Crow, | Case No. **CV 10-3306-JFW (AGRx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| J. Alvarez, et al., | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 5 days, to re-open the action if settlement is not consummated. During this 5 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1       In the event a motion or *ex parte* application to re-open
2  is not filed within 5 days, the dismissal of this action will
3  be with prejudice.
4
5  Dated: January 13, 2011                _____
                                           JOHN F. WALTER
6                                          United States District Judge